IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, INC.,<br><br>          Plaintiff,<br><br>    vs.<br><br>RICHARD N. WARNE, et al.,<br><br>          Defendant. | No. CV-F-06-931 OWW/DLB<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT (Doc. 13) AND VACATING ORAL ARGUMENT SET FOR MONDAY, OCTOBER 30, 2006 |

Subsequent to the filing of a motion to dismiss, plaintiff has filed a First Amended Complaint as of right pursuant to Rule 15(a), Federal Rules of Civil Procedure.  Consequently, the motion to dismiss is DENIED as moot and oral argument on the motion to dismiss set for October 30, 2006 is VACATED.

IT IS SO ORDERED.

**Dated:   October 17, 2006**                /s/ Oliver W. Wanger
668554                                          UNITED STATES DISTRICT JUDGE

1