THOMAS P. HALLINAN, CITY ATTORNEY
CITY OF LIVINGSTON; and
BURKE, WILLIAMS & SORENSEN, LLP
MARK J. MULKERIN (Bar No. 166361)
STEPHEN A. MCEWEN (Bar No. 186512)
4 Park Plaza, Suite 850
Irvine, California  92614
Telephone:     (949) 863-3363
Facsimile:      (949) 863-3350

Attorneys for Defendant **CITY OF LIVINGSTON, RICHARD N. WARNE,** and **PAUL CREIGHTON**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LIVINGSTON; RICHARD N. WARNE (individually and in his professional capacity as City Manager of the City of Livingston); PAUL CREIGHTON (individually and in his professional capacity as Public Works Director of the City of Livingston); and DOES 1-30, inclusive,<br><br>　　　　　　Defendants. | Case No. 1:06-CV-00931-OWW-DLB<br><br>Judge Oliver W. Wanger<br><br>Courtroom 3 (7th Floor)<br><br>**STIPULATION AND ORDER** |

　　　　WHEREAS, Foster Poultry Farms, Inc. filed an Amended Complaint for Violation of, and Conspiracy to Violate, Civil Rights Guaranteed by the Constitution of the United States in Violation of 42 U.S.C. § 1983, and served it electronically on counsel for the Defendants on October 16, 2006;

　　　　WHEREAS, Defendants Richard N. Warne and Paul Creighton have until October 30, 2006, to file a responsive pleading;

　　　　WHEREAS, newly added Defendant City of Livingston (the "City") has until December 23, 2006, to file an answer because the City has agreed to waive service or summons; and

STIPULATION AND [PROPOSED] ORDER

IRV #4852-1938-7649 v1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, counsel for the three Defendants anticipates filing a single responsive
2  pleading on all three Defendants' behalf,
3  IT IS HEREBY STIPULATED by and between the parties as follows:
4  1. Defendants Warne and Creighton may have up to and including November 23,
5  2006 to serve and file an answer or motion under Rule 12; and
6  2. The City will serve and file an answer or motion under Rule 12 no later than
7  November 23, 2006.
8  SO STIPULATED.

9  DATED: October 27, 2006           THOMAS P. HALLINAN, CITY ATTORNEY
                                     CITY OF LIVINGSTON; and
10                                   BURKE, WILLIAMS & SORENSEN, LLP
                                     MARK J. MULKERIN
11
12
                                     By:_____
13                                      STEPHEN A. MCEWEN
                                        Attorneys for Defendants
14                                      RICHARD N. WARNE, PAUL CREIGHTON
                                        and CITY OF LIVINGSTON
15

16 DATED: October ____, 2006         HOWREY LLP
17
18                                   By:_____
                                        STEPHEN R. COOK
19                                      Attorneys for Plaintiff
                                        FOSTER POULTRY FARMS, INC.
20

21
                              O R D E R
22
   Good cause appearing, the above-written Stipulation is hereby accepted and ordered filed
23
   in this proceeding.
24

25 Date: 10/31/2006                  /s/ Oliver W. Wanger
                                     Hon. Oliver W. Wanger, District Court Judge
26
27
28
                                         2
                           STIPULATION AND [PROPOSED] ORDER
   IRV #4852-1938-7649 v1

PDF created with pdfFactory trial version www.pdffactory.com