1  THOMAS P. HALLINAN, CITY ATTORNEY
   CITY OF LIVINGSTON; and
2  BURKE, WILLIAMS & SORENSEN, LLP
   MARK J. MULKERIN (Bar No. 166361)
3  STEPHEN A. MCEWEN (Bar No. 186512)
   4 Park Plaza, Suite 850
4  Irvine, California  92614
   Telephone:    (949) 863-3363
5  Facsimile:     (949) 863-3350

6  Attorneys for Defendant **CITY OF LIVINGSTON,**
   **RICHARD N. WARNE,** and **PAUL CREIGHTON**

7

8              UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11 FOSTER POULTRY FARMS, INC., a          Case No. 1:06-CV-00931-OWW-DLB
   California corporation,
                                          Judge Oliver W. Wanger
12            Plaintiff,
                                          Courtroom 3 (7th Floor)
13    v.

14 CITY OF LIVINGSTON;                    **STIPULATION AND ORDER TO**
   RICHARD N. WARNE (individually and in  **CONTINUE DATES AND DEADLINES**
15 his professional capacity as City Manager of **CONTAINED IN SCHEDULING**
   the City of Livingston); PAUL          **CONFERENCE ORDER; DECLARATION**
16 CREIGHTON (individually and in his     **OF STEPHEN A. MCEWEN IN SUPPORT**
   professional capacity as Public Works  **THEREOF FILED CONCURRENTLY**
17 Director of the City of Livingston); and
   DOES 1-30, inclusive,
18
              Defendants.
19

20        WHEREAS, on May 24, 2006, Foster Poultry Farms, Inc. ("Foster Farms") filed an

21 action against the City of Livingston (the "City") in the Superior Court of the State of California

22 for the County of Merced ("State Action"), seeking declaratory relief in connection with a

23 dispute between the City and Foster Farms regarding backflow prevention devices at Foster

24 Farms' poultry processing facility in Livingston, California;

25        WHEREAS, on July 19, 2006, Foster Farms filed an action in this Court, which it

26 amended on October 16, 2006, against Defendants City of Livingston, Richard N. Warne and

27 Paul Creighton (the "Federal Action");

28

STIPULATION AND [PROPOSED] ORDER

IRV #4843-4397-6193 v1

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, on November 30, 2006, the court in the State Action ordered the Parties to

2  complete mediation;

3    WHEREAS, this Court issued a Scheduling Conference Order on December 12, 2006;

4    WHEREAS, on February 16, 2007, the Parties participated in mediation before the

5  Honorable Alfred Chiantelli of ADR Services, Inc., 50 Fremont Street, Suite 2110, San

6  Francisco, California 94105;

7    WHEREAS, the Parties participated in a second mediation session on April 26, 2007;

8    WHEREAS, the Parties plan to participate in a third mediation session before Judge

9  Chiantelli on June 27, 2007;

10    WHEREAS, the Parties have used the state court mediation to address all issues between

11  them, including the issues raised by the Federal Action, and have attempted to reach a

12  comprehensive settlement of all pending disputes between the Parties;

13    WHEREAS, the Parties notified the Chambers of Magistrate Judge Beck of the foregoing

14  mediation and obtained an alternate Settlement Conference date of June 26, 2007, at 10:00 a.m.

15    WHEREAS, the Parties deferred extensive written discovery requests and depositions in

16  the Federal Action in anticipation of the April 26th mediation and the possibility of a

17  comprehensive settlement, and the Parties remain optimistic that such a comprehensive

18  settlement is achievable;

19    WHEREAS, in light of the mediation and the Parties' ongoing efforts to reach a

20  comprehensive settlement, the Parties agree that deferral of the relevant discovery cut-off dates,

21  motion filing deadlines and hearing dates, pre-trial conference, and trial in the Federal Action

22  would be appropriate;

23    WHEREAS, there have not been any prior extensions of time in this matter other than the

24  continuance of the Settlement Conference;

25    IT IS HEREBY STIPULATED by and between the parties as follows:

26    1.    The Parties shall have up to and including October 10, 2007, by which to

27  complete all discovery;

28

2

STIPULATION AND [PROPOSED] ORDER

IRV #4843-4397-6193 v1

PDF created with pdfFactory trial version www.pdffactory.com

1    2.    The Parties shall have up to and including August 13, 2007, by which to disclose

2  all expert witnesses in writing.  The Parties shall also have up to and including September 13,

3  2007, by which to make all supplemental expert witness disclosures.

4    3.    All Non-Dispositive Pre-Trial Motions, including any discovery motions, will be

5  filed on or before October 1, 2007, and heard on November 5, 2007, at 9:00 a.m. before

6  Magistrate Judge Dennis L. Beck in Courtroom 9.

7    4.    All Dispositive Pre-Trial Motions are to be filed no later than October 22, 2007,

8  and will be heard on December 3, 2007 before the Honorable Oliver W. Wanger, United States

9  District Court Judge, in Courtroom 3, 7th Floor.

10    5.    The Pre-Trial Conference shall take place on January 7, 2008, at 11:00 a.m. in

11  Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Court

12  Judge.

13    6.    The trial shall commence on February 12, 2008, at 9:00 a.m. in Courtroom 3, 7th

14  Floor, before the Honorable Oliver W. Wanger, United States District Court Judge.

15    IT IS SO STIPULATED.

16  DATED:  May __, 2007          THOMAS P. HALLINAN, CITY ATTORNEY
                                  CITY OF LIVINGSTON; and
17                                BURKE, WILLIAMS & SORENSEN, LLP
                                  MARK J. MULKERIN
18

19                                By:_____
                                     STEPHEN A. MCEWEN
20                                   Attorneys for Defendants
                                     RICHARD N. WARNE, PAUL CREIGHTON
21                                   and CITY OF LIVINGSTON

22  DATED:  May ____, 2007         HOWREY LLP

23

24                                By:_____
                                     STEPHEN R. COOK
25                                   Attorneys for Plaintiff
                                     FOSTER POULTRY FARMS, INC.

26

27

28
                                         3
                          STIPULATION AND [PROPOSED] ORDER

IRV #4843-4397-6193 v1

PDF created with pdfFactory trial version www.pdffactory.com

O R D E R

1. Good cause appearing, the above-written Stipulation is hereby ordered:

The Parties shall have up to and including October 10, 2007, by which to complete all discovery;

2. The Parties shall have up to and including August 13, 2007, by which to disclose all expert witnesses in writing. The Parties shall also have up to and including September 13, 2007, by which to make all supplemental expert witness disclosures.

3. All Non-Dispositive Pre-Trial Motions, including any discovery motions, will be filed on or before October 1, 2007, and heard on November 5, 2007, at 9:00 a.m. before Magistrate Judge Dennis L. Beck in Courtroom 9.

4. All Dispositive Pre-Trial Motions are to be filed no later than October 22, 2007, and will be heard on December 3, 2007 before the Honorable Oliver W. Wanger, United States District Court Judge, in Courtroom 3, 7th Floor.

5. The Pre-Trial Conference shall take place on January 7, 2008, at 11:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Court Judge.

6. The trial shall commence on February 12, 2008, at 9:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Court Judge.

Date: _____5/25_____, 2007          _____/s/ Oliver W. Wanger_____
                                        Hon. Oliver W. Wanger, District Court Judge

STIPULATION AND [PROPOSED] ORDER

IRV #4843-4397-6193 v1

PDF created with pdfFactory trial version www.pdffactory.com