Carmine R. Zarlenga (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
zarlengac@howrey.com

Joanne Lichtman (SBN 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
lichtmanj@howrey.com

Attorneys for Plaintiff
FOSTER POULTRY FARMS, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD N. WARNE (individually and in his professional capacity as City Manager of the City of Livingston); PAUL CREIGHTON (individually and) in his professional capacity as Public Works Director of the City of Livingston); CITY OF LIVINGSTON; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 06-CV-00931-OWW-DLB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY COMPLETION DATE** |

WHEREAS, on May 24, 2006, Foster Poultry Farms, Inc. ("Foster Farms") filed an action against the City of Livingston (the "City") in the Superior Court of the State of California for the County of Merced ("State Action"), seeking declaratory relief in connection with a dispute between the City and Foster Farms regarding backflow prevention devices at Foster Farms' poultry processing facility in Livingston, California;

WHEREAS, on July 19, 2006, Foster Farms filed an action in this Court, which it amended on October 16, 2006, against Defendants City of Livingston, Richard N. Warne and Paul Creighton (the "Federal Action");

WHEREAS, this Court issued a Scheduling Conference Order on December 12, 2006, and subsequently issued an Amended Scheduling Conference Order on May 25, 2007;

WHEREAS, the Parties previously deferred extensive written discovery requests in the Federal Action in anticipation of mediation and the possibility of a comprehensive settlement;

WHEREAS, the Parties have recently completed their written discovery requests in the Federal Action and have subsequently noticed numerous depositions of witnesses identified in response to such discovery requests;

WHEREAS, the discovery completion date in the Federal Action is set for October 10, 2007;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, in light of the approaching discovery completion date, and in an effort to coordinate the completion of all previously noticed depositions, the Parties agree that deferral of the discovery completion date for the sole purpose of completing said previously noticed depositions up to and including November 16, 2007 would be appropriate;

WHEREAS, the Parties also agree that deferral of the filing deadline for discovery motions relating solely to depositions up to and including November 26, 2007 would be appropriate;

WHEREAS, the Parties also agree that the deferral of the filing deadline for dispositive motions up to and including December 10, 2007 would be appropriate;

WHEREAS, the proposed extended discovery completion date will not affect any deadlines with respect to written discovery or related non-dispositive motion filing deadlines as set forth in this Court's Amended Scheduling Conference Order;

IT IS HEREBY STIPULATED by and between the parties as follows:

1. The Parties shall have up to and including November 16, 2007 by which to complete all previously noticed depositions;

2. All motions relating solely to issues of the depositions will be filed and personally served on or before November 16, 2007, and heard on December 14, 2007, at 9:00 a.m. before Magistrate Judge Dennis L. Beck in Courtroom 9.

PDF created with pdfFactory trial version www.pdffactory.com

3. All dispositive motions will be filed and personally served on or before December 10, 2007, and heard on January 7, 2008 at the Pre-Trial Conference at 11:00 a.m. in Courtroom 3, before the Honorable Oliver W. Wanger, United States District Court Judge.

4. This stipulation does not affect the filing and hearing deadlines for any other deadlines in this matter, or trial on this matter, as set forth in this Court's May 25, 2007 Amended Scheduling Conference Order.

IT IS SO STIPULATED.

Dated: October __, 2007

HOWREY LLP

By: _____
JOANNE LICHTMAN

Attorneys for Plaintiff,
FOSTER POULTRY FARMS, INC.

Dated: October __, 2007

THOMAS P. HALLINAN, CITY ATTORNEY, CITY OF LIVINGSTON; and BURKE, WILLIAMS & SORENSEN LLP

By: _____
STEPHEN A. MCEWEN

Attorneys for Defendants
RICHARD N. WARNE, PAUL CREIGHTON, and CITY OF LIVINGSTON

PDF created with pdfFactory trial version www.pdffactory.com

# **O R D E R**

Good cause appearing, the above-written Stipulation is hereby ordered:

1.  The Parties shall have up to and including November 16, 2007 by which to complete all previously noticed depositions;

2.  All motions relating solely to issues of the depositions will be filed and personally served on or before November 16, 2007, and heard on December 14, 2007, at 9:00 a.m. before Magistrate Judge Dennis L. Beck in Courtroom 9.

3.  All dispositive motions will be filed and personally served on or before December 10, 2007, and heard on January 7, 2008 at the Pre-Trial Conference at 11:00 a.m. in Courtroom 3, before the Honorable Oliver W. Wanger, United States District Court Judge.

3.  The remaining dates and instructions set forth in the December 12, 2006 Scheduling Conference Order and May 25, 2007 Amended Scheduling Conference Order shall remain unchanged.

Date:  October 5, 2007            /s/ OLIVER W. WANGER
                                  Hon. Oliver W. Wanger, District Court Judge

**STIPULATION AND ORDER TO EXTEND DISCOVERY COMPLETION DATE**
DM_US:20708152_1

PDF created with pdfFactory trial version www.pdffactory.com