Carmine R. Zarlenga (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610
zarlengac@howrey.com

Joanne Lichtman (SBN 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone:  (213) 892-1800
Facsimile:  (213) 892-2300
lichtmanj@howrey.com

Attorneys for Plaintiff
FOSTER POULTRY FARMS, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD N. WARNE (individually and in his professional capacity as City Manager of the City of Livingston); PAUL CREIGHTON (individually and) in his professional capacity as Public Works Director of the City of Livingston); CITY OF LIVINGSTON; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 06-CV-00931-OWW-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE**<br><br>Current Date:  January 7, 2008<br>Proposed Date: February 12, 2008 |

1

WHEREAS, on May 24, 2006, Foster Poultry Farms, Inc. ("Foster Farms") filed an action against the City of Livingston (the "City") in the Superior Court of the State of California for the County of Merced ("State Action"), seeking declaratory relief in connection with a dispute between the City and Foster Farms regarding backflow prevention devices at Foster Farms' poultry processing facility in Livingston, California;

WHEREAS, on July 19, 2006, Foster Farms filed an action in this Court, which it amended on October 16, 2006, against Defendants City of Livingston, Richard N. Warne and Paul Creighton (the "Federal Action");

WHEREAS, this Court issued a Scheduling Conference Order on December 12, 2006, and subsequently issued an Amended Scheduling Conference Order on May 25, 2007, setting the Pretrial Conference in this case for January 7, 2008 and trial for February 12, 2008;

WHEREAS, the Parties have reached a global settlement agreement in this case and expect to execute and file the relevant settlement documents in all affected courts, including a notice of settlement and notice of dismissal in this case within the next several court days;

WHEREAS. the Parties agree that a continuance of the upcoming Pretrial Conference on January 7, 2008 to the date of the trial on February 12, 2008, which is the next court appearance set for this case, would be appropriate to allow the Parties to execute and file all relevant documents to finalize the settlement agreement;

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties as follows:

The Pretrial Conference in this action currently set for January 7, 2008 shall be continued to February 12, 2008.

IT IS SO STIPULATED.

Dated: January 4, 2008

HOWREY LLP

By: /s/ Joanne Lichtman
    JOANNE LICHTMAN

Attorneys for Plaintiff,
FOSTER POULTRY FARMS, INC.

Dated: January 4, 2008

THOMAS P. HALLINAN, CITY ATTORNEY, CITY OF LIVINGSTON; and BURKE, WILLIAMS & SORENSEN LLP

By: /s/ Stephen A. McEwen
    STEPHEN A. MCEWEN

Attorneys for Defendants
RICHARD N. WARNE, PAUL CREIGHTON, and CITY OF LIVINGSTON

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE DATE**
DM_US:20941460_1

PDF created with pdfFactory trial version www.pdffactory.com

# O R D E R

Good cause appearing, the above-written Stipulation is hereby ordered:

The Pretrial Conference in this matter is continued from January 7, 2008 to February 12, 2008.

Date:  January  4, 2008           /s/ OLIVER W. WANGER
                                  Hon. Oliver W. Wanger, District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com