Carmine R. Zarlenga (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
zarlengac@howrey.com

Joanne Lichtman (SBN 137300)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
lichtmanj@howrey.com

Attorneys for Plaintiff
FOSTER POULTRY FARMS, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD N. WARNE (individually and in his professional capacity as City Manager of the City of Livingston); PAUL CREIGHTON (individually and) in his professional capacity as Public Works Director of the City of Livingston); CITY OF LIVINGSTON; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 06-CV-00931-OWW-DLB<br><br>**STIPULATION AND ORDER RE DISMISSAL AND DISMISSAL WITH PREJUDICE** |

1
**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL AND DISMISSAL WITH PREJUDICE**
DM_US:20971124_1

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and 41(c), Plaintiff Foster Poultry Farms Inc. and Defendants City of Livingston, Richard N. Warne, and Paul Creighton, by and through their respective attorneys, hereby stipulate to the voluntary dismissal of all claims in this proceeding with prejudice, with each party bearing its own costs.

IT IS SO STIPULATED.

Dated: January 18, 2008

HOWREY LLP

By: _____
JOANNE LICHTMAN

Attorneys for Plaintiff,
FOSTER POULTRY FARMS, INC.

Dated: January __, 2008

THOMAS P. HALLINAN, CITY ATTORNEY, CITY OF LIVINGSTON; and BURKE, WILLIAMS & SORENSEN LLP

By: _____
STEPHEN A. MCEWEN

Attorneys for Defendants
RICHARD N. WARNE, PAUL CREIGHTON, and CITY OF LIVINGSTON

**IT IS SO ORDERED.**

Dated:  January 22, 2008        /s/ OLIVER W. WANGER
Hon. Oliver W. Wanger, District Court Judge

2

**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL AND DISMISSAL WITH PREJUDICE**
DM_US:20971124_1

PDF created with pdfFactory trial version www.pdffactory.com